DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

RODARIUS RECARDO YOUNG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-1196

————————————————

October 2, 2024

Appeal from the Circuit Court for Hillsborough County; Samantha L. Ward, Judge.

Wade M. Whidden of Whidden Law, Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.


KHOUZAM, Judge.

Rodarius Recardo Young appeals his judgment and sentences for one count of attempted premeditated murder and one count of aggravated battery with great bodily harm. We affirm the judgment and sentences in all respects without prejudice to any right Mr. Young may have to seek relief pursuant to Florida Rule of Criminal Procedure 3.850.

Affirmed.

SLEET, C.J., and ROTHSTEIN-YOUAKIM, J., Concur.

_____

Opinion subject to revision prior to official publication.